<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-6317

───────────────

ANTHONY DARNELL JONES,

                        Petitioner - Appellant,

        versus

J. R. HUNT,

                        Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-99-60-5-F)

───────────────

Submitted: August 19, 1999        Decided: August 25, 1999

───────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Anthony Darnell Jones, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Darnell Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Hunt, No. CA-99-60-5-F (E.D.N.C. Feb. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2